# EXHIBIT 1

translate ▼ | subscribe ✉ | let us know 💬

search 🔍

HOME | DEPARTMENTS | COMMITTEES | ATTRACTIONS | HOW DO I...? | CONTACT

JOSEPHINE COUNTY, OREGON
SINCE 1856
PROUD TO BE THE BEST

Back to Public Health

COVID-19
- Business Resources
- Josephine County Response and Service Restrictions
- Local Business Status
- Press Releases
- State of Emergency Declaration

Disaster Registry

Administration

Avian Flu

Breast & Cervical Cancer Screening Program

Burn Line 476-WOOD

Communicable, Preventable Disease Program

Family Planning Services

HIV Prevention Programs

Immunizations

Oregon's 2009 Smokefree Workplace Law

Parent & Child Health Programs

Perinatal Program

Public Health Preparedness (Bioterrorism)

Sexually Transmitted Disease Clinic

Vital Records

WIC (Women, Infant & Children) Program

Women Health Care

Food Handler Testing Online

Tuberculosis

Public Health Announcements & General Information

Documents and Forms

Frequently Asked Questions

Links

Staff Directory

# COVID-19

**For the most up-to-date data on COVID-19 in Josephine County, please see the COVID-19 Dashboard.**



## COVID-19 data as of 7:45 a.m. May 24, 2020

|  | Josephine County | Oregon | United States |
|---|---|---|---|
| New positive cases*: | 0 | 35 | 24,268 |
| Total Cases: | 25 | 3,888 | 1,595,885 |
| Deaths: | 1 | 147 | 96,002 |
| Recovered: | 24 | - | - |
| Negative tests: | 2,196 | 106,319 | - |

*since last update

## Weekly COVID-19 Data

*Total Cases in Josephine County as of May 22: 25*

| Age | |
|---|---|
| 0-9 | 0 |
| 10-19 | 2 |
| 20-29 | 5 |
| 30-39 | 6 |
| 40-49 | 3 |
| 50-59 | 3 |
| 60-69 | 1 |
| 70-79 | 3 |
| 80 and older | 2 |
| Not Available | 0 |

| Sex | |
|---|---|
| Female | 17 |
| Male | 8 |
| Not Available | 0 |

715 NW Dimmick Street
Grants Pass, OR 97526
Phone: (541) 474-5325
Fax: (541) 474-5353
Contact: Michael Weber - Public Health Director
Email: ✉
Hours: Monday-Thursday: 8 a.m. to noon and 1-5:45 p.m.
Friday: 8 a.m. to noon

This page contains the latest information on the COVID-19 from the Josephine County Public Health Department. Information is current as of 9 a.m. May 24.



### What is COVID-19?

Coronaviruses are a large family of viruses, some causing illness in people and others circulating among animals. Rarely, animal coronaviruses can infect people and then spread between people.

In December 2019, an outbreak of a new respiratory infection was reported in China. The virus has since been named "SARSCoV-2," and the disease it causes is named COVID-19.

COVID-19 is a new disease. We are still learning how it spreads, the severity of illness it causes, and to what extent it may spread.

The virus appears to spread mainly from person-to-person. It is most commonly spread by an infected person who coughs or sneezes, and people who are in close contact with one another (within about 6 feet). While people appear to be most contagious when they have symptoms, some spread might be possible before people show any symptoms. While there have been reports of this happening, this is not the main way the virus spreads.

The illness related to COVID-19 has ranged from mild symptoms to severe illness, and in some cases death. Symptoms commonly appear 2 to 14 days after being infected with the virus. Common symptoms include fever, cough and shortness of breath.

While we are still learning about how COVID-19 affects people, those with pre-existing medical conditions (such as high blood pressure, heart disease, lung disease, cancer or diabetes) appear to develop serious illness more often than others do. Currently, there are no antiviral medications or vaccines available to treat or prevent the infection.

### Prevention

The best way to prevent illness is to avoid being exposed to the virus. However, everyday actions can help prevent the spread of respiratory viruses. These actions include:

- **Wash your hands often with soap and water for at least 20 seconds.** If soap and water are not available, use an alcohol-based hand sanitizer.
- **Avoid touching your eyes, nose and mouth** with unwashed hands.
- Avoid close contact with people who are sick.
- **Stay home, stay safe.**
- **Cover your cough or sneeze with a tissue**, and then dispose of the tissue in the trash can.
- Clean and disinfect frequently touched objects and surfaces.

In addition to washing your hands, covering your cough and maintaining physical distancing whenever possible, Josephine County Public Health recommends that you wear a mask or face covering in the following situations:

- You are in a public space where you may come within six feet of others
- You are sick and going to see your health care provider in person
- Someone in your home is sick and self-isolating
    - If they can't wear a mask because it makes their breathing worse, you should wear one when you enter their room

**Never put a mask or face covering on an infant or an adult who cannot adjust or remove the mask themselves. Do not tie a mask around a small child's head or neck such that it can become a strangling hazard.**

If you need to make a face covering at home, instructions are available at:
https://www.cdc.gov/coronavirus/2019-ncov/prevent-getting-sick/diy-cloth-face-coverings.html

People who think they might have been exposed to COVID-19 should **call** their local healthcare provider or local hospital immediately.

News

On May 18, the Oregon Supreme Court stayed a lower court ruling that invalidated Gov. Kate Brown's recent stay at home executive orders, which have prevented more than 70,000 COVID-19 infections across the state and averted approximately 1,500 hospitalizations. As a result, the governor's executive orders remain in place until further consideration by the court. These orders impose certain requirements and limitations aimed at slowing the spread of the disease.

Earlier in the day, a Baker County circuit court judge blocked Brown's "Stay Home, Save Lives" orders. In response to today's earlier lower court ruling, Brown had issued a statement that said in part: "The science behind these executive orders hasn't changed one bit. Ongoing physical distancing, staying home as much as possible and wearing face coverings will save lives across Oregon. Together Oregonians have turned the tide on the spread of COVID-19, allowing us to only now begin the process of gradually and safely reopening parts of our communities and our economies."

The Baker County court ruling is now on hold and Brown's emergency declaration and executive orders remain in place pending further arguments.

"Regardless of the status of the governor's Executive Orders, there is still an ongoing public health emergency as a result of COVID-19," said Mike Weber, Josephine County Public Health director. "We ask everyone to please take the appropriate actions to keep themselves and their loved ones safe, and we thank you for your patience."

Documents

- Pet Owner Participation
- Common Illnesses or COVID-19? Typical Symptoms
- Community Gatherings Guidelines
- Executive Order No. 20-12: Stay Home Save Lives
- Oregon State Police — Emergency Declaration Enforcement FAQ

Newsletters

- Public Health Newsletter — COVID-19 Response Communication — May 6, 2020
    - Boletín De Salud Pública — Comunicación de respuesta COVID-19 — 6 de Mayo de 2020

- Public Health Newsletter — COVID-19 Response Communication — April 22, 2020
  - Boletín De Salud Pública — Comunicación de respuesta COVID-19 - 22 de Abril de 2020
- Public Health Newsletter — COVID-19 Response Communication — April 10, 2020
  - Boletín De Salud Pública — Comunicación de respuesta COVID-19 - 10 de Abril de 2020
- Public Health Newsletter — COVID-19 Response Communication — April 3, 2020
  - Boletín de Salud Pública — Comunicación de respuesta COVID-19 - 3 de Abril de 2020
- Public Health Newsletter — COVID-19 Response Communication — March 25, 2020
  - Boletín de Salud Pública — La Comunicación sobre la Respuesta al Covid 19 - 25 de Marzo de 2020
- Public Health Newsletter — COVID-19 Response Communication — March 19, 2020
  - Boletín de Salud Pública — La Comunicación sobre la Respuesta al Covid 19 - 19 de Marzo de 2020
- Public Health Newsletter — COVID-19 Update for Business and Organization — March 13, 2020
  - Noticia de Ultima Hora Sobre COVID-19 Para Negocios y Organizaciones – 13 de Marzo de 2020
- Public Health Newsletter — COVID-19 Update — March 5, 2020
- Public Health Newsletter — Novel Coronavirus — Jan. 30, 2020

**Important Links**

- Oregon Coronavirus Information & Resources
- Oregon Health Authority (OHA)
- Centers for Disease Control and Prevention (CDC)
- Oregon COVID-19 Response (Oregon Office of Emergency Management)
- Coronavirus Rumor Control (FEMA)
- Information on COVID-19 for Survivors, Communities and DV/SA Programs
- Oregon Food Bank Food Finder
- Find School Meals During COVID-19 Closures
- Apply for SNAP
- Animals and COVID-19
- Healthy Parenting (WHO)

Budget & Financial Information
County Charter
The County Commissioners
Building Rental Applications
Emergency Management
Employment Opportunities
Mission Statement
Online Mapping
Restaurant Scores
Televised & Recorded Meetings
Regional Pilot Program
Transit Schedule
Vital Records
Calendar Links
News & Events
RFPs

Departments
Community Corrections
Airports
Assessor's Office
County Commissioners
Emergency Management
Building Operations & Maintenance
Building Safety
Clerk
Commission on Children & Families
District Attorney
Family Support
Victims Assistance
Fairgrounds
Finance
Forestry
Geographic Information Systems
Human Resources
Information Technology
Juvenile Justice

Legal Counsel
Library
Mental Health Services
Parks
Planning
Property Management
Public Health Environmental Health
Public Works
Sheriff
Civil Division
Jail
Patrol Division
Search and Rescue
Surveyor
Transit
Treasury & Tax
Treasurer's Quarterly Reports
Veterans Service Office

Contact
Advanced Search



If you have questions regarding the site, please contact the webmaster.
**Terms of Use** | Built using Project A's Site-in-a-Box ©1998-2020 Version 5.12.7

