# EXHIBIT 6

# EDGEWATER CHRISTIAN FELLOWSHIP

# COVID-19 MITIGATION PLAN FOR RE-OPENING

Table of Contents

Introduction……………………………………………………………………..1

Overview……………………………………………………………………….2

Safety Practices………………………………………………………………..3

Sanitation Practices……………………………………………………………4

Large Sanctuary…………………………………………………………………5

Outdoor Meeting Space…………………………………………………………6

Small Sanctuary………………………………………………………………..7

Staff and Volunteers……………………………………………………………8

Childcare………………………………………………………………………9

Exterior Photo………………………………………………………………10

Large Sanctuary Photo………………………………………………………11

Large Sanctuary with Hangar Doors Open………………………………………12

Outdoor Meeting Space………………………………………………………13

Lobby………………………………………………………………………...14

Small Sanctuary………………………………………………………………15

Building Floor Plan……………………………………………………………16

Outdoor Meeting Space Floor Plan……………………………………………17



To whom it may concern-

Edgewater Christian Fellowship (ECF) is a church located in Grants Pass, Oregon, a city in Josephine County. Typical attendance on a Sunday is around 1800 people. It is our position that we are prepared to reopen for meetings with reduced attendance.

We meet in a brand new, 30,000 sq.ft., state of the art building that construction was completed on in May of 2019. Construction consists of easy to clean, hard surfaces throughout. All floors are concrete. All other surfaces are glass, painted or otherwise sealed hard surfaces.

Nearly 50% of the main sanctuary walls open to essentially create outdoor space.

The entire facility has a new, state of the art HVAC system.

The following pages contain a plan based on CDC guidelines for churches to meet while mitigating the spread of the Corona virus by limiting attendance to accommodate social distancing guidelines. Additionally, there are safety practices and guidelines for cleaning and disinfecting facilities based on CDC recommendations. Also included are photos and diagrams of the building and meeting spaces.



Overview

(1) Church will establish and continue communication with local and State authorities to determine current mitigation levels in our community.

(2) At risk individuals and those exhibiting symptoms of illness are encouraged to stay home.

(3) Those who have come in close contact with a known infected individual are also encouraged to stay home.

(4) Services will still be available through multiple online platforms.



Safety Practices

(1) Promote healthy hygiene practices.

(2) All individuals who enter a service will have their temperature taken. If temperature is found outside of safe parameters, attendees will be asked to go home.

(3) Cloth face masks are recommended but not required (not recommended for those under 2 yrs of age)

(4) Doors will be propped open to minimize touchpoints and maximize airflow.

(5) When communion is distributed it will be in prepackaged individual servings.

(6) There will be no passing of offering baskets. There will be a centralized container that offering can be dropped into without personally touching it. Additionally, the online options are still available.

(7) No paper bulletins or announcements will be available for distribution.

(8) There will be no coffee or food items offered.

(9) If a congregant is determined to be positive for Covid-19 local county health officials will be contacted for proper protocol regarding temporary closure and sanitation guidelines.

(10)     Hand sanitizer will be available at multiple locations throughout the facility. Restrooms will contain ample amounts of soap and disposable hand towels.

(11)     Facial tissues will be available throughout the facility.

(12)     Items that cannot be easily and safely sanitized will not be available for use.



Sanitation Practices

    (1) All high traffic areas and touchpoints will be sanitized prior to and between all services.

    (2) EPA recommended and approved disinfectants will be utilized.

    (3) Touchpoints consist of but are not limited to door knobs or handles, sinks, restroom fixtures and drinking fountains.



Large Sanctuary (11,881 sq ft)

    (1) Large hangar doors will be opened to allow for substantial airflow between indoor and outdoor space.

    (2) Chairs will be reduced to 400 with a maximum of 250 people.  This allows space for proper social distancing.  This will create large aisles and minimally six feet between rows.

    (3) Each individual would have 1425 cu ft of space.

    (4) Individual families can sit in chairs beside one another.  Three empty chairs must be left between family units.  This will also keep the capacity at 250.

    (5) When time to exit, attendees will be instructed to spread out to utilize all of the available exits.

    (6) Sanitation practices sighted on page 4 to be used in this space.



Outdoor Meeting Space (8820 sq ft)

    (1) Space will be limited to 200 people.

    (2) People will bring their own blanket or chair to set up on the grass.

    (3) People sitting in this space will observe proper social distancing protocol.

    (4) Individual families can sit together.



Small Sanctuary located in office building (2273 sq ft)

(1) Chairs to be reduced to 80 with a maximum of 60 people. This allows space for proper social distancing. This will create large aisles and minimally six feet between rows.

(2) Each person would have 644 cu ft of space

(3) Individual families can sit in chairs beside one another.

(4) Three empty chairs must be left between family units.

(5) When time to exit, attendees will be instructed to spread out to utilize all of the available exits.

(6) Sanitation practices sighted on page 4 to be used in this space.



<u>Staff and Volunteers</u>

    (1) Take temperature prior to beginning shift.

    (2) No handshaking or hugs as greetings.

    (3) Point people will be assigned to ensure the listed guidelines are maintained.



Childcare

    (1) All children will be screened for temperature and health symptoms upon arrival.

    (2) Capacity in each room will be limited to 10.

    (3) All touchable surfaces will be sanitized prior to and between all services.

    (4) Only toys and games that can be disinfected after each use will be used.

    (5) Children will not be allowed to share toys until after they have been set aside and disinfected between uses.

    (6) All staff and volunteers will observe proper hand hygiene guidelines through washing.

    (7) No food or snacks will be served.



.Main Building



Large Sanctuary.



Large hangar doors open to show fresh air space.



Outdoor meeting space.



Large lobby



Small sanctuary



A NEW ASSEMBLY FACILITY FOR:
**Edgewater Christian Fellowship**
101 N.E. ASSEMBLY CIRCLE    GRANTS PASS, OR 97526



A NEW ASSEMBLY FACILITY FOR:
**Edgewater Christian Fellowship**
101 N.E. ASSEMBLY CIRCLE        GRANTS PASS, OR 97526

17