STEVE ELZINGA
Oregon Bar No. 123102
*Designated Local Counsel*
SHERMAN, SHERMAN, JOHNNIE &
HOYT, LLP
693 Chemeketa St.
NE Salem, OR 97301
Telephone: 503-364-2281
steve@shermlaw.com

DAVID A. CORTMAN*
GA Bar No. 188810
ALLIANCE DEFENDING FREEDOM
1000 Hurricane Shoals Rd. NE
Suite D-1100
Lawrenceville, GA 30043
Telephone: (770) 339-0774
dcortman@ADFlegal.org

RYAN J. TUCKER*
AZ Bar No. 034382
ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, AZ 85260
Telephone: (480) 444-0020
rtucker@adflegal.org

J. CALEB DALTON*
Virginia Bar Number: 83790
ALLIANCE DEFENDING FREEDOM
440 First Street NW, Suite 600
Washington, D.C. 20001
Telephone: (202) 393–8690
cdalton@ADFlegal.org

*Admitted Pro Hac Vice*

## IN THE UNITED STATES DISTRICT COURT

### DISTRICT OF OREGON

### EUGENE DIVISION

| | |
|---|---|
| EDGEWATER CHRISTIAN FELLOWSHIP; PASTOR MATTHEW HEVERLY; ROSEBURG CHURCH OF GOD OF PROPHECY; and PASTOR ROBERT MILLER, <br><br> *Plaintiffs,* <br><br> v. <br><br> GOVERNOR KATHERINE BROWN, in her official capacity; OREGON STATE POLICE SUPERINTENDENT TRAVIS HAMPTON, in his official capacity; OREGON HEALTH AUTHORITY DIRECTOR PATRICK ALLEN, in his official capacity; JOSEPHINE COUNTY SHERIFF DAVID DANIEL, in his official capacity; DOUGLAS COUNTY SHERIFF JOHN HANLIN, in his official capacity; <br><br> *Defendants.* | Civil Case No. 6:20-cv-00831-AA <br><br><br><br><br><br> PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE |

## <u>PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE</u>

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), **Plaintiffs voluntarily dismiss without prejudice** all claims brought in their Verified Complaint in the above-captioned case.

Respectfully submitted this 10th day of June, 2020.

s/ J. Caleb Dalton

STEVE ELZINGA
Oregon Bar No. 123102
*Designated Local Counsel*
SHERMAN, SHERMAN, JOHNNIE & HOYT, LLP
693 Chemeketa St.
NE Salem, OR 97301
Telephone: 503-364-2281
steve@shermlaw.com

DAVID A. CORTMAN*
GA Bar No. 188810
ALLIANCE DEFENDING FREEDOM
1000 Hurricane Shoals Rd. NE,
Suite D-1100
Lawrenceville, GA 30043
Telephone: (770) 339-0774
dcortman@ADFlegal.org

J. CALEB DALTON*
Virginia Bar Number: 83790
ALLIANCE DEFENDING FREEDOM
440 First Street NW, Suite 600
Washington, D.C. 20001
Telephone: (202) 393–8690
cdalton@ADFlegal.org

RYAN J. TUCKER*
AZ Bar No. 034382
ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, AZ 85260
Telephone: (480) 444-0020
rtucker@adflegal.org

*Attorneys for Plaintiffs*

*\*Admitted Pro Hac Vice*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 10, 2020, the foregoing was served via CM/ECF on counsel for all defendants.

s/ J. Caleb Dalton

J. CALEB DALTON

*Attorney for Plaintiffs*